1432

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2008–0033.   Northeast Ohio Psychiatric Inst. v. Levin.
Board of Tax Appeals, No. 2005–M–1683.

## CASE ANNOUNCEMENTS

*March 18, 2008*

[Cite as *03/18/2008 Case Announcements,* 2008-Ohio-1201.]

## MOTION AND PROCEDURAL RULINGS

2007–1842.   State v. Winn.
Montgomery App. No. 21710, 173 Ohio App.3d 202, 2007-Ohio-4327. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County. Upon consideration of the motion of Sandra J. Finucane to withdraw as counsel and motion for appointment of new counsel,
It is ordered by the court that the motions are granted.
It is further ordered by the court that Tim Young of the Ohio Public Defender's Office is appointed to represent appellant/cross-appellee.

## MISCELLANEOUS DISMISSALS

2008–0054.   State ex rel. Otten v. Wyler.
In Procedendo. This cause originated in this court on the filing of a complaint for a writ of procedendo. It appears from the records of this court that relator has not filed a brief, due March 14, 2008, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Accordingly, pursuant to S.Ct.Prac.R. X(12),
It is ordered by the court that this cause is dismissed sua sponte.

## CASE ANNOUNCEMENTS

*March 19, 2008*

[Cite as *03/19/2008 Case Announcements,* 2008-Ohio-1215.]

## MOTION AND PROCEDURAL RULINGS